■ The People of the State of New York, Respondent, v Timothy Penfield, Appellant. [598 NYS2d 966] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Berry, J.), rendered August 6, 1992.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.